▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ROSARIO, Appellant. [802 NYS2d 634]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered March 22, 2004, convicting him of

criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence, and imposing an additional sentence for the crime of criminal possession of a controlled substance in the seventh degree.

Ordered that the judgment is modified, on the law, by vacating the sentence imposed for the crime of criminal possession of a controlled substance in the seventh degree; as so modified, the judgment is affirmed.

The defendant's contention that the sentence imposed was unconstitutional as applied under the cruel and unusual punishment clause is unpreserved for appellate review (*see People v Gomez*, 277 AD2d 250 [2000]; *People v Bolton*, 239 AD2d 511, 511-512 [1997]; *People v Mateo*, 144 AD2d 388 [1988]). In any event, his contention is without merit (*see People v Thompson*, 83 NY2d 477 [1994]; *People v Broadie*, 37 NY2d 100 [1975], *cert denied* 423 US 950 [1975]).

As the People correctly concede, the sentencing court erred in imposing an additional sentence for the crime of criminal possession of a controlled substance in the seventh degree, since the defendant did not plead guilty to that offense (*see People v Brown*, 244 AD2d 348 [1997]). Cozier, J.P., Santucci, Luciano, Fisher and Covello, JJ., concur.